Núm. 7322.—Durán, aplte. *v.* Sucn. Durán, aplda.—C. D. Ponce. Nulidad de testamento y reclamación de herencia. Diciembre 23, 1938.

Apareciendo que el término que tenía la parte demandante para radicar su apelación para ante la Corte de Circuito de Apelaciones

de los Estados Unidos para el primer Circuito ha vencido con exceso, no ha lugar a admitir el recurso.